PETER LARSON, APPELLEE, V. CHICAGO, BURLINGTON &
QUINCY RAILWAY COMPANY, APPELLANT.

FILED FEBRUARY 21, 1907. No. 14,680.

Appeal: BRIEFS, FAILURE TO FILE. Under section 1 of rule 2 of this
court, whenever a cause is reached and the brief of the party
having the affirmative is not on file, the judgment will be
affirmed or the proceeding dismissed.

APPEAL from the district court for Phelps county:
LESLIE G. HURD, JUDGE. *Affirmed.*

*J. W. Deweese, F. E. Bishop, W. P. Hall* and *W. S.
Morlan,* for appellant.

*C. J. Beedle* and *Charles C. St. Clair, contra.*

OLDHAM, C.

This was an action for damages for property alleged
to have been destroyed by fire negligently set out from
one of the defendant's engines. There was a trial of the
issues to the court and jury, and judgment for the plain-
tiff. To reverse this judgment defendant has appealed
to this court.

When the cause was finally submitted, the appellant
had failed to file a brief, as required by section 1 of rule
2 of this court. This section provides, among other
things: "Whenever a cause is reached and the brief of the
party having the affirmative is not on file, the judgment
will be affirmed or the proceeding dismissed." This rule
is in conformity with an established line of decisions of
this court of long duration. *Kilpatrick-Koch Dry Goods
Co. v. Cook,* 41 Neb. 737; *Edney v. Baum,* 59 Neb. 147.

We therefore recommend that the judgment of the
district court be affirmed.

AMES and EPPERSON, CC., concur.

By the Court: For the reasons given in the foregoing opinion, the judgment of the district court is

AFFIRMED.